UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Marcellus Williams                )
                          ,       )
                                  )
                Plaintiff,        )
                                  )
        v.                        )       Case No.
Robert J. McCulloch               )
                          ,       )
                                  )
                Defendant,        )
                                  )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐    THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒    THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS 4:05-cv-1474-RWS AND THAT CASE WAS ASSIGNED TO THE HONORABLE Rodney W. Sippel . THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐    NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: 1/12/15                              _____
                                            Signature of Filing Party