Electronically Filed - SUPREME COURT OF MISSOURI - January 09, 2015 - 01:37 PM

| DEPT. FI. NO. | |
|---|---|
| 98-8237 | OCN: 98-7690 |

| DEPARTMENT REPORTING University City | CODE 85 | SUPPLEMENTARY INVESTIGATIVE AND/OR DISPOSITION REPORT | ORIGINAL UCR CLASSIFICATION Homicide |
|---|---|---|---|
| ISION BOI | PRECINCT 3 | COGIS 204.3 | | CERTIFIED AS: (XX)ACTIVE( )CLEARED BY ARREST( )UNF ( )INACTIVE( )EXCEPTIONALLY CLEARED |
| DATE/ORIGINAL REPORT 08-11-98 | DAY OF WEEK Tues. | | RECLASSIFICATION (IF APPLIES) |
| DATE/TIME,THIS REPORT 08-26-98   1145 | DAY OF WEEK Wed. | | |

| VICTIM/COMPLAINANT (BUSINESS) | RESIDENCE ADDRESS 6946 Kingsbury | RES. PHONE 721-7933* |
|---|---|---|
| Gayle, Felicia Anne | PLACE OF OCCURRENCE 6946 Kingsbury | |

*Please note, the victim's telephone number listed on the original report is incorrect. This number is the corrected number.

On Thursday morning, 08-20-98, at 1100 hrs., I responded to the St. Louis County Medical Examiner's Office and there met with Chief Medical Examiner Dr. Mary Case, M.E.'s Chief Investigator Terry Ledbetter, Det. Lt. John Belmar (St. Louis County P.D.) and Det. Nancy Cadenhead (St. Louis County P.D.). Dr. Case had called the meeting to discuss the possible connection between our case and the Pagedale P.D. stabbing death of Mrs. Debra McClain (Pagedale Police Report #98-5579, 07-18-98).

After reviewing the scene photos, M.E. reports and police reports from both investigations, Dr. Case was struck by the similarity of both cases. She commented on:

        a. age of the victims (McClain was 40, Gayle was 42),
        b. similarity of build (both petite white women with large breasts and long brown hair),
        c. injuries (both stabbed on right side of neck, numerous stab wounds on front and back upper trunk area),
        d. similarity of crime scene (very little disturbed, victim stabbed with knife from her own kitchen drawer, purses missing from both houses, knife left in victims' right side head or neck)
        e. proximity of crime scenes
        f. both victims had defensive wounds (Gayle had more defensive injuries than McClain)

Dr. Case was especially concerned with the unusual factor of the victim being found with the knife still in her body. She noted this aspect of a stabbing death is extremely rare. Dr. Case has alerted her staff to notify her in the event of any stabbing death and Mr. Ledbetter has advised his investigators to notify St. Louis County P.D. in the event of any victim who is found dead from apparent stab wounds with the knife still in the victim. He stated via his association with the St. Louis City Medical Examiners Office, they have been requested to advise him in the instance of any similar homicide.

I then returned to the station and contacted Ms. Patty Teichgraeber, Dr. Picus' assistant, and advised her I would be responding to the hospital to speak to him. She advised he was called back to surgery but was expected in his office shortly and would be in his office the remainder of the afternoon. Ms. Teichgraeber advised she had been contacted by Det. Glickert the previous afternoon and had the documentation he had requested of Dr. Picus' activities on Tuesday, 08-11-98. I advised her I would pick that up upon my arrival.