# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MARCELLUS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-00070 |
| | ) | |
| ROBERT MCCULLOCH, Prosecutor, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Michael J. Spillane, Assistant Attorney General, State of Missouri, enters his appearance as Counsel of Record for Defendant in the above-captioned case.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ Michael Spillane
MICHAEL SPILLANE
Assistant Attorney General
Missouri Bar # 40704
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1307
(573) 751-2096 Fax
mike.spillane@ago.mo.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system. Counsel for Plaintiff are electronic filers. This Court's electronic filing system should serve counsel for Plaintiff this 13th day of January, 2015.

/s/ Michael Spillane
MICHAEL SPILLANE
Assistant Attorney General