**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELLUS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV00070 RWS |
| | ) | |
| ROBERT P. MCCULLOCH, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that an appeal from this action would not be taken in good faith.

Dated this 14th day of January, 2015.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE